Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

Middle District of Tennessee

Bankruptcy Proceeding No.: 3:97−bk−10351
Chapter: 7
Judge: KEITH M. LUNDIN

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
ROBERT W CRUISE
3325 MARTHA'S CHAPEL RD
CUNNINGHAM, TN 37052

Social Security No.:
xxx−xx−8333

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2 2nd Floor Customs House, 701 Broadway, Nashville, TN 37203 on 7/1/08 at 09:00 AM

to consider and act upon the following:

*58* − Motion and Notice for Payment Unclaimed Funds in the amount of $1,734.27.If timely response hearing will be held on 6/24/2008 at 09:00 AM at Courtroom 2 2nd Floor Customs House 701 Broadway Nashville TN 37203. Responses due by 6/11/2008. Certificate of Service mailed on 5/22/2008. Filed on the behalf of: Creditor THOMAS J DRAKE JR. (DRAKE, THOMAS)

Update to original notice, if any:

Notice of Hearing Hearing scheduled 7/1/2008 at 09:00 AM at Courtroom 2 2nd Floor Customs House 701 Broadway Nashville TN 37203. (RE: related document(s)[58] ) (mbr, )

Dated: 5/28/08

MATTHEW T. LOUGHNEY
Clerk, U.S. Bankruptcy Court

BY: /s/ MATTHEW T. LOUGHNEY
Clerk