IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | : |
| | : |
| Robert W. Cruise | : Case No. 97-10351-KL3-7 |
| 3325 Martha's Chapel Road | : |
| Cunningham, Tennessee 37052 | : JUDGE LUNDIN |
| | : |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROPOSED ORDER

The order filed June 12, 2008, Docket Number 36, was filed in error. Hearing on this case is set for July 1, 2008.

Respectfully Submitted:
 /s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney at Law
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 320-5577
ThomasDrake@craigdrake.org

CERTIFICATE OF SERVICE

      I, Thomas J. Drake, Jr., Attorney for Craig & Drake, the undersigned, do declare that on June 16, 2008, I mailed a true and correct copy of the within document via United States Mail, with postage thereon fully prepaid, to the following individual(s) as follows:

| | |
|---|---|
| U.S. Attorney's Office<br>110 Ninth Avenue South, Suite A-961<br>Nashville, Tennessee 37203-3870 | Office of the United States Trustee<br>701 Broadway, Customs House, Suite 318<br>Nashville, Tennessee 37203 |
| Robert W. Cruise, Debtor<br>3325 Martha's Chapel Road<br>Cunningham, Tennessee 37052 | Van L. Riggins<br>Attorney for Debtor<br>118 Franklin Street<br>Clarksville, Tennessee 37040 |
| Susan Limor<br>Case Trustee<br>2814 Dogwood Place<br>Nashville, Tennessee 37219 | Household Finance Corporation<br>Joseph M. Angelo, Asst. Secretary<br>2700 Sanders Road<br>Prospect Heights, Illinois 28255 |
| Household Bank<br>P.O. Box 1878<br>Carol Stream, Illinois 60128 | Clerk/Chief Deputy<br>Room 200, Second Floor, Customs House<br>701 Broadway<br>Nashville Tennessee 37203 |

Respectfully Submitted:
 /s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney at Law
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 320-5577
ThomasDrake@craigdrake.org