
Keith M. Lundin
U.S. Bankruptcy Judge
Dated: 07/23/08



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: : | |
| : | |
| Robert W. Cruise : | Case No. 97-10351-KL3-7 |
| 3325 Martha's Chapel Road : | |
| Cunningham, Tennessee 37052 : | JUDGE LUNDIN |
| : | |
| Debtor. | |

ORDER STRIKING MOTION TO WITHDRAW UNCLAIMED FUNDS

It is ORDERED that the Motion to Withdraw Unclaimed Funds filed by Creditor Household Bank be struck.

Respectfully Submitted:
 /s/ Thomas J. Drake, Jr.
THOMAS J. DRAKE, JR., No. 13219
Attorney at Law
305 Fourteenth Avenue, North
Nashville, Tennessee 37203
(615) 320-5577
ThomasDrake@craigdrake.org

/s/UNITED STATES BANKRUPTCY JUDGE
WHEN APPROVED THE JUDGE'S SIGNATURE
WILL APPEAR AT THE TOP OF THE PAGE

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.